**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: FIRST JUDICIAL DISTRICT LIVESTREAM POLICY | : No. 68 EM 2020<br>:<br>:<br>:<br>: |
| PETITION OF: COMMONWEALTH OF PENNSYLVANIA | :<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 23rd day of October, 2020, the "Emergency Motion Pursuant to Pa.R.A.P. 123 and Supreme Court I.O.P. §7" and "Petition for King's Bench or Extraordinary Jurisdiction" filed by the Commonwealth are hereby **DENIED**. *See In re First Judicial District Livestream Policy*, No. 539 JAD 2020 (Pa. Sept. 17, 2020).